# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133272

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PAMELA GERETTE LONG,
       Defendant-Appellant.

SC: 133272
COA: 274649
Genesee CC: 06-018284-FH

_____/

On order of the Court, the application for leave to appeal the January 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

_____
Clerk

d0618